UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JOHN FRANCIS ARPINO,<br><br>Petitioner,<br><br>v.<br><br>SECOND JUDICIAL DISTRICT COURT, *et al.*,<br><br>Respondents. | Case No. 3:19-cv-00234-MMD-WGC<br><br>ORDER |

John Francis Arpino has filed what he styled as a 28 U.S.C. § 2241 habeas corpus petition (ECF Nos. 1-1, 1-2), which this Court screens under Rule 4 of the Rules Governing Habeas Corpus Cases Under Section 2254.[1] His application to proceed *in forma pauperis* (ECF No. 1) is granted. However, the Petition is dismissed as frivolous.

Arpino's purported petition suffers from various defects. He has not used a court form for his petition nor does his filing substantially follow the form. 28 U.S.C. § 1915(a)(2), LSRs 1-1, 1-2, 3-1, 4-1. Arpino did not name his custodian (usually the warden at the institution where petitioner is housed) as a respondent, which is a jurisdictional requirement. *Maleng v. Cook*, 490 U.S. 488, 490 (1989). He also appears to allege that a state district court failed to file his state habeas petition; however, federal habeas relief is only available on the ground that Arpino is in custody in violation of his federal constitutional rights. 28 U.S.C. § 2254(a). He asserts that the state district attorney's office

---

[1] Although filed as a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241, the Rules Governing Section 2254 Cases are appropriately applied to proceedings undertaken pursuant to § 2241.

"in its entirety is invalid" and asserts an unspecified conspiracy and cover-up in which "all the state judiciaries within Nevada are complicit" (ECF No. 1-1 at 7). Arpino has initiated several actions in this Court that have been dismissed as frivolous. *See, e.g.*, 3:18-cv-00110-MMD-WGC; 3:18-cv-00131-RCJ-WGC. This action also is dismissed as improperly commenced and frivolous.

It is therefore ordered that Petitioner's application to proceed *in forma pauperis* (ECF No. 1) is granted.

It is further ordered that the Clerk detach and file the Petition (ECF Nos. 1-1, 1-2).

It is further ordered that the Petition is dismissed.

It is further ordered that a certificate of appealability is denied.

It is further ordered that the Clerk detach and file the motion for appointment of counsel (ECF No. 1-3).

It is further ordered that the following motions filed by Petitioner are all denied: motion for counsel; motion for six subpoenas duces tecum (ECF No. 3); and 4 motions for file-stamped copies (ECF Nos. 4, 6, 7, 8).

It is further ordered that the Clerk enter judgment accordingly and close this case.

DATED THIS 25th day of June 2019.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE