UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| JOHN FRANCIS ARPINO, | Case No. 3:19-cv-00234-MMD-WGC |
|---|---|
| Petitioner, | ORDER |
| v. | |
| SECOND JUDICIAL DISTRICT COURT, et al., | |
| Respondents. | |

On June 25, 2019, this Court dismissed John Francis Arpino's habeas corpus petition as improperly commenced and frivolous, and judgment was entered (ECF Nos. 9, 12). The Court has denied Arpino's four previous motions for a copy of the nearly 350 pages he submitted for filing in this case. The Court now denies the fifth such motion.

It is therefore ordered that Petitioner's motion for copies (ECF No. 13) is denied.

DATED THIS 6th day of August 2019.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE